THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGO H. LECHNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　Defendant. | No. 2:15-cv-1414-RSL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTED ON THE MOTION CALENDAR: March 8, 2017 |

## STIPULATION

Plaintiff Margo Lechner, and Defendant The Boeing Company, through their undersigned attorneys of record, hereby stipulate that all claims in this matter may be dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: March 8, 2017

PERKINS COIE LLP

By: s/ *Chelsea Dwyer Petersen*
By: s/ *Emily A. Bushaw*
　　Chelsea Dwyer Petersen #33787
　　CDPetersen@perkinscoie.com
　　Emily A. Bushaw #41693
　　EBushaw@perkinscoie.com
　　1201 Third Avenue, Suite 4900
　　Seattle, WA 98101-3099
　　Telephone: 206.359.8000
　　Facsimile: 206.359.9000
Attorneys for Defendant The Boeing Company

[PROPOSED] STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:15-cv-01414-RSL) – 1
03002-2601/92079486.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: March 8, 2017

MICHELLE PETERSON LAW, PLLC

By: s/ *Michelle Peterson*
Michelle Peterson, WSBA #33598
michelle@michellepetersonlaw.com
Michelle Peterson Law, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
(206) 224-7618

Attorneys for Plaintiff

**PROPOSED ORDER**

Based on the foregoing Stipulation, it is hereby

**ORDERED** that all claims in this matter are DISMISSED with prejudice and without costs or attorneys' fees to any party.

DATED this 9th day of March, 2017.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE
(No. 2:15-cv-01414-RSL) – 2

03002-2601/92079486.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000